IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO: 5:11-CV-258-D

| | | |
|---|---|---|
| GORDON KENNETH WARREN, | ) | |
| and LILLIAN BOYD WARREN | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Order |
| ERIC HOLDER, in his official capacity | ) | |
| as ATTORNEY GENERAL OF THE | ) | |
| UNITED STATES, ROY COOPER, in | ) | |
| his official capacity as ATTORNEY | ) | |
| GENERAL OF NORTH CAROLINA, | ) | |
| Defendants. | ) | |

Upon the Court's review of the Joint Motion for a Stay filed by Plaintiffs and all defendants, and in consideration of all the matters brought before this Court relative to the Motion, and for good cause shown, the Joint Motion is hereby GRANTED. Plaintiffs shall respond to Defendants' Motions to Dismiss, within twenty one days of final disposition of *Gordon Kenneth Warren v. State of North Carolina*, Case No. 10 CVS 010399, Superior Court of Wake County, North Carolina, by the appellate courts of the State of North Carolina, or this case shall then be dismissed with prejudice.

    SO ORDERED. This  1  day of September 2011.

                                                        JAMES C. DEVER III
                                                        United States District Judge